OFFICE OF DISCIPLINARY COUNSEL *v.* PALMER.

[Cite as *Disciplinary Counsel v. Palmer* (1994), 71 Ohio St.3d 174.]

---

(No. 94–1858—Submitted October 24, 1994—Decided December 14, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*Per Curiam.* We concur in the findings and recommendations of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.